UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-21379-CIV-MARTINEZ/BECERRA**

ENRIQUE A. RODRIGUEZ,

    Plaintiff,

v.

U.S. DEPARTMENT OF TREASURY,

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for all pretrial purposes, including Plaintiff's Motion to Proceed in Forma Pauperis ("Motion"), (ECF No. 3). Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 10), recommending that (1) the Motion be denied; and (2) the case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e). The Court has reviewed the record and notes that no objections have been filed. After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 10), is **AFFIRMED** and **ADOPTED**.

**IT IS FURTHER ADJUDGED that**:

1. Plaintiff's Complaint, (ECF No. 1), is **DISMISSED without prejudice** for failure state a claim. Plaintiff may file an amended complaint **no later than August 2, 2021**.

2. This case is **CLOSED** and all pending motions are **DENIED as moot**. The case will be re-opened should Plaintiff file an amended complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of July, 2021.

                                                      _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Enrique A. Rodriguez, *pro se*